**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. *6:05- CR- 24-7HL* |
| | : |
| **v.** | : VIOLATION:  21 U.S.C. § 841(a)(1) |
| | :                 21 U.S.C. § 841(b)(1)(B)(iii) |
| **JONATHAN BELL** | :                 21 U.S.C. § 841(b)(1)(C) |
| | :                 21 U.S.C. § 841(b)(1)(D) |
| | :                 18 U.S.C. § 924(c)(1)(A)(i) |
| _____ | :                 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

## COUNT ONE

That on or about July 15, 2005, in the Thomasville Division of the Middle District of Georgia,

### JONATHAN BELL

did unlawfully, knowingly, willfully and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT TWO

That on or about July 15, 2005 in the Thomasville Division of the Middle District of Georgia,

**JONATHAN BELL**

did unlawfully, knowingly, willfully and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

That on or about July 15, 2005 in the Thomasville Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JONATHAN BELL**

aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly, willfully, and intentionally possess with the intent to distribute a schedule I controlled substance, to-wit: marijuana, in an amount less than 50 kilograms, all in violation of Title 21, United States Code, Sections 841(a)(1), and 841 (b)(1)(D), and Title 18, United States Code Section 2.

## COUNT FOUR

On or about July 15, 2005 in the Thomasville Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendants,

**JONATHAN BELL**

aided and abetted by others, known and unknown to the Grand Jury did, in furtherance of the offenses set forth in Counts One Two and Three, drug trafficking crimes for which the defendant may be prosecuted in a court of the United States, possess a Taurus, .45

caliber pistol bearing serial number NUE50338, a firearm, in violation of Title 18, United

States Code, Section 924(c)(1)(A)(i) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
S/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

_____
MICHAEL K. DENNARD
ASSISTANT UNITED STATES ATTORNEY


*Filed in open court this* _____ *day of*

_____ *A.D. 20___*

_____ **Clerk**